IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| KENNETH WILLIAMS, | : | |
| | : | |
| Petitioner | : | |
| | : | |
| VS. | : | |
| | : | CIVIL No.  7:14-CV-98-HL-TQL |
| GEORGIA DEPARTMENT OF CORRECTIONS, | : | |
| | : | |
| | : | PROCEEDINGS UNDER 28 U.S.C. § 2241 |
| Respondent. | : | |

# ORDER

Petitioner Kenneth Williams filed what the court deemed a petition pursuant to 28 U.S.C. § 2241.  (Doc. 1.)  Petitioner was thereafter ordered to pay the filing fee or file a proper motion to proceed *in forma* pauperis.  (Doc. 4.)  Petitioner was also ordered to re-file his habeas petition on this Court's standard § 2241 forms.  Petitioner has failed to comply with the Court's order in the time allowed.  On July 9, 2014, Petitioner was released from custody at Valdosta State Prison.  (Doc. 3.)

"[A] case is moot when the issues presented are no longer live or the parties lack a legally cognizable interest in the outcome."  *Al Najjar v. Ashcroft*, 273 F.3d 1330, 1335-36 (11th Cir. 2001) (internal quotation marks and citation omitted).  "If events that occur subsequent to the filing of a lawsuit or an appeal deprive the court of the ability to give the plaintiff or appellant meaningful relief, then the case is moot and must be dismissed." *Id.* at 1336.  Where a habeas petitioner who was protesting his detention is no longer in custody, the dispute with regard to his

1

detention is mooted. *See Spencer v. Kemna,* 523 U.S. 1, 7-8 (1998) (discussing "in custody" requirement of habeas statute 28 U.S.C. § 2254). Since the Court can no longer give the Petitioner any meaningful relief, the case is moot and "dismissal is required because mootness is jurisdictional." *Al Najjar*, 273 F.3d at 1336.

**WHEREFORE,** Petitioner's petition filed pursuant to 28 U.S.C. § 2241 is hereby **DISMISSED** as **MOOT** without prejudice to his right to file a new petition in the future if a change in his circumstances occurs.

**SO ORDERED**, this 25th day of August, 2014.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

lws